# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

ARNOLD TURNER,                                                                                          PETITIONER
Reg # 24128-009

v.                                         No. 2:12CV00117 JLH-JJV

T. C. OUTLAW, Warden,
FCI Forrest City, AR                                                                                    RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that Arnold Turner's Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED without prejudice. Turner's motion to expand the record is denied because, regardless of what the record shows, Turner cannot challenge his state convictions because he no longer meets the "in custody" requirement.

IT IS SO ORDERED this 23rd day of August, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE