**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

ARNOLD TURNER,                                                                              PETITIONER
Reg # 24128-009

v.                                                        No. 2:12CV00117 JLH-JJV

T. C. OUTLAW, Warden,
FCI Forrest City, AR                                                                   RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case is DISMISSED without prejudice.

IT IS SO ORDERED this 23rd day of August, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE